UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kevin L. Johnson,                                  Civil File No.: 10-856 MJD/SER

      Plaintiff,

v.                                                                **ORDER**

Michael J. Astrue,

      Defendant.

---

    Edward C. Olson, Esq., 331 2nd Ave South, Suite 240, Minneapolis, Minnesota 55401, on behalf of Plaintiff.

    Lonnie F. Bryan, Esq., Office of the United States Attorney, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, on behalf of Defendant.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Johnson's Motion for Summary Judgment [Doc. No. 13] is **DENIED** and Defendant Commissioner Astrue's Motion for Summary Judgment [Doc. No. 20] is **GRANTED**.

Dated: 7-28-11

                                                                 Michael J. Davis
                                                                 Chief Judge
                                                                 United States District Court